## Case No. 6,343.

### HELLRIGLE v. DULANY.

[4 Cranch, C. C. 473.] [1]

Circuit Court, District of Columbia. Oct. Term, 1834.

JURISDICTION—AMOUNT OF VERDICT—OFFSETS.

If, in a suit in Alexandria, D. C., the debt be reduced below $50, by offsets, the plaintiff may have judgment for the sum found by the verdict.

Assumpsit for $466.25, for work and labor as overseer, gardener, carpenter, &c. Plea, non assumpsit and set-off, and account in bar, consisting of cash payments, and cash received for vegetables sold, &c. Verdict for plaintiff, for $23.12.

Mr. Neale, for defendant, moved for a nonsuit, because the damages found are below the jurisdiction of this court, and cited Maitland v. McDearman, 1 Va. Cas. 131; Minor v. Goodall, 3 Call, 393; Pitts v. Carpenter, 1 Wils. 19; Gross v. Fisher, 3 Wils. 48; Ferguson v. Highley, 2 Va. Cas. 255; Parker v. Elding, 1 East, 353; Neff v. Talbot. 1 Va. Cas. 140; Hepburn v. Lewis, 2 Call, 497; Newell v. Wood, 1 Munf. 555; U. S. v. McDowell, 4 Cranch [8 U. S.] 316; and the act of 1823 (enlarging the jurisdiction of justices of the peace), § 6 (3 Stat. 743).

Mr. Mason and Mr. Taylor, for plaintiff.

THE COURT rendered judgment for the plaintiff, after considering the following cases and authorities, viz.: Goddard v. Davis [Case No. 5,491], in this court, at Alexandria, July term, 1801; Rutter v. Merchant [Id. 12,179], at the same term; McKnight v. Ramsay [Id. 8,868], at Alexandria, Oct., 1801; Ridgway v. Pancost [Id. 11,818], at Alexandria, April, 1802; Curry v. Fletcher [Id.

---

[1] [Reported by Hon. William Cranch, Chief Judge.]

3,490], at Washington, Dec., 1802; Beale v. Voss [Id. 1,160], at Washington, July term, 1804; Acts Md. 1729, c. 20, § 5; the British statute of 2 Geo. II., c. 22, § 13; Acts Md. 1785, c. 4, § 7; Id. c. 87, § 2; Acts Md. 1791, c. 68, § 9; Hays v. Bell [Case No. 6,270], at Alexandria, July, 1807; McLaughlin v. Stelle [Id. 8,873], at Washington, June, 1808; Smith v. Queen [Id. 13,096], at Washington, June, 1808; Bryan v. Davis [Id. 2,065], at Washington, June, 1810; Skinner v. Caffrey [Id. 12,924], at Washington, Dec., 1819; Cazenove v. Darrell [Id. 2,539], at Alexandria, Nov., 1823; Hooe v. Rees [Id. 6,668], at Alexandria, May, 1824; Burton v. Varnum [Id. 2,220], at Washington, Dec., 1824; Davidson v. Burr [Id. 3,602], at Washington, Dec., 1824; Pitts v. Carpenter, 2 Strange, 1191.